UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/27/09
```

HOWARD AZAR, *on behalf of himself and all others similarly situated,*

       Plaintiffs,

-v-

ELECTRONIC DATA SYSTEMS CORPORATION,

       Defendant.

No. 09 Civ. 4005 (RJS)
ORDER

RICHARD J. SULLIVAN, District Judge:

The above-captioned matter has been transferred to this Court from the Northern District of Georgia. The transfer order indicates that this matter has "substantially overlapping issues" with two earlier-filed cases in this District. The parties are hereby ORDERED to submit a joint letter, to be *received* no later than 4:00 p.m. on Thursday, May 7, 2009, providing the Court with the captions and docket numbers of the two related cases.

It is FURTHER ORDERED that no later than 4:00 p.m. on Thursday, May 7, 2009, the parties shall jointly submit an additional letter, not to exceed five (5) pages, providing, in separate paragraphs:

 (1) A brief statement of the nature of the action and the principal defenses thereto;

 (2) A brief explanation of why venue lies in this court;

 (3) A brief description of all outstanding motions and/or outstanding requests to file motions;

 (4) A list of all existing deadlines and any upcoming conferences that were previously scheduled;

(5) A brief description of any discovery remaining, specifying that which is necessary for the parties to engage in meaningful settlement negotiations;

(6) A list of all prior settlement discussions, including the date, the parties involved, and the approximate duration of such discussions, if any;

(7) The estimated length of trial;

(8) Any other information that the parties believe may assist this Court in resolving this action.

The parties are FURTHER ORDERED to complete jointly the Case Management Plan and Scheduling Order, which can be accessed from my individual rules on the S.D.N.Y. website at http://www1.nysd.uscourts.gov/judge_info.php?id=99, and submit it to the Court no later than 4:00 p.m. on Thursday, May 7, 2009.

The Court will hold an initial status conference on Wednesday, May 13, 2009, at 10:00 a.m. in Courtroom 21C of the United States District Court for the Southern District of New York, 500 Pearl Street, New York, New York.

SO ORDERED.

Dated:   April 27, 2009
         New York, New York

_____
RICHARD J. SULLIVAN
UNITED STATES DISTRICT JUDGE